UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 14- 61162-CIV-COHN/SELTZER

ABEL CASTANON
and other similarly-situated individuals,

    Plaintiff,

v.

123 WASH INC. d/b/a SUPERIOR WASH,
SUPERIOR WASH INC.-SOUTH FLORIDA,
d/b/a SUPERIOR WASH,
140 NE 53 CT LLC,
and JOSEPH KENNETH SCOTT a/k/a JODI SCOTT,
JENNA JORGENSEN a/k/a JENNA SCOTT,
EHREN WALLHOFF, and
VINCENT GARCIA a/k/a VICENTE GARCIA,
individually.

    Defendants.
_____/

## MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR ATTORNEY'S FEES D.E 34

Pursuant to the Federal Rules of Civil Procedure Rule 6(b) and Local Rule 7.1 of the Local Rules for the Southern District of Florida, Plaintiff's counsel requests entry of an order granting this Motion for Enlargement of Time to File Response to Defendants' Motion for Attorney's [D.E 34] and states as follows:

1. On or about December 16, 2014, Defendants 123 WASH INC. d/b/a SUPERIOR WASH, SUPERIOR WASH INC.-SOUTH FLORIDA d/b/a SUPERIOR WASH, 140 NE 53 CT LLC, and JOSEPH KENNETH SCOTT a/k/a JODI SCOTT, JENNA JORGENSEN a/k/a JENNA SCOTT, EHREN WALLHOFF and VINCENT GARCIA a/k/a VICENTE GARCIA filed their Motion to For Attorney's Fees [D.E. 34].

2. Pursuant to the Local Rules for the Southern District of Florida, the response to Defendants' Motion is due on or before January 2, 2015;

3. Because the undersigned counsel's calendar has been completely full for the current month, and the first couple of weeks of January 2015 appear to be full with depositions, mediations, and hearings in different and separate matters, the undersigned has not had sufficient time to address all issues raised by Defendants' Motion [D.E 34].

4. Additionally, Plaintiff's counsel will be out of the office for the holidays from December 24, 2014 to January 5, 2015.

5. Given the nature and serious implications raised by Defendants' motion, Plaintiff's counsel is in need of additional time to properly formulate a response;

6. Due to the press of litigation, and for the reasons set forth above, Plaintiff's counsel respectfully request an enlargement of time of fourteen (14) days in order to properly formulate a Response to Defendants' Motion [D.E. 34].

7. This is the first time such extension of time is requested and Defendants will not be prejudiced by the requested enlargement.

8. This Motion for Enlargement of Time is made in good faith and not made for the purpose of delay.

9. Furthermore, none of this Honorable Court's deadlines will be affected should the requested relief be granted.

10. If this motion is granted, Response to Defendants' Motion [D.E 34] would be due on or before January 16, 2014;

11. This Court may, for good cause shown and upon timely motion, enlarge the time within which an act shall otherwise be done.

12. Pursuant to Local Rule 7.1 of the Local Rules for the Southern District of Florida, the undersigned counsel certifies that he has conferred in good faith with opposing counsel. Defendants' counsel advised that he objects to any further extensions.

13. A proposed order is attached hereto.

WHEREFORE, Plaintiff's counsel requests this Honorable Court grant this Motion for Enlargement of time to file Response to Defendants' Motion for Sanctions.

Dated: December 24, 2014.

Respectfully submitted,

By**: /s/ Zandro E. Palma**
ZANDRO E. PALMA, ESQ.
Florida Bar No.: 0024031
3100 South Dixie Highway
Suite 202
Miami, Florida 33133
Telephone: (305) 446-1500
Facsimile: (305) 446-1502
zep@thepalmalawgroup.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 24, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: December 24, 2014.

Respectfully submitted,

**By: /s/ Zandro E. Palma**
ZANDRO E. PALMA, ESQ.
Florida Bar No.: 0024031
zep@thepalmalawgroup.com
ZANDRO E. PALMA, P.A.
3100 South Dixie Highway
Suite 202

Miami, Florida 33133
Telephone: (305) 446-1500
Facsimile: (305) 446-1502
*Attorney for Plaintiff*


**SERVICE LIST**
**CASE NO. : 14- 61162-CIV-COHN/SELTZER**


**Nolan K. Klein, Esq.**
**Law Offices of Nolan Klein, P.A.**
One East Broward Boulevard
Wells Fargo Tower – Suite 1500
Fort Lauderdale, FL 33301
Phone : (954) 745-0588
Fax:   (305)397-1924
klein@nklegal.com
nina@nklegal.com amy@nklegal.com
*Attorneys for Defendants*

**Zandro E. Palm,a Esq.**
**THE LAW OFFICES OF**
**ZANDRO E. PALMA, P.A.**
3100 S. Dixie Hwy, Ste 202
Miami, FL 33133
Phone:  (305) 446-1500
Fax:   (305) 446-1502
zep@thepalmalawgroup.com
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 14- 61162-CIV-COHN/SELTZER

ABEL CASTANON
and other similarly-situated individuals,

    Plaintiff,

v.

123 WASH INC. d/b/a SUPERIOR WASH,
SUPERIOR WASH INC.-SOUTH FLORIDA,
d/b/a SUPERIOR WASH,
140 NE 53 CT LLC,
and JOSEPH KENNETH SCOTT a/k/a JODI SCOTT,
JENNA JORGENSEN a/k/a JENNA SCOTT,
EHREN WALLHOFF, and
VINCENT GARCIA a/k/a VICENTE GARCIA,
individually.

    Defendants.
_____/

## ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR ATTORNEY'S FEES D.E 34

**THIS CAUSE**, having been set to come before this Honorable Court on Plaintiffs' Counsel's Motion For Enlargement of Time to File his Response to Defendants' Motion for Attorney's Fees [D.E 34], and the Court being advised of the premises thereof, it is hereby **ORDERED AND ADJUDGED** that said Motion is **GRANTED**. Plaintiff's counsel shall have up to _____to file his Response to Defendants' Motion [D.E 34].

**DONE AND ORDERED** in Chambers, in Broward County, Florida, this \_\_\_\_\_ day of _____, 2014.

    _____

**JUDGE JAMES I. COHN**
**US DISTRICT JUDGE**