UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-61162-CIV-COHN/SELTZER

ABEL CASTANON and other
similarly situated individuals,

    Plaintiff,

v.

123 WASH INC., d/b/a
Superior Wash, et al.,

    Defendants.
_____/

## ORDER RESETTING MOTION HEARING

**THIS CAUSE** is before the Court upon Defendants' Motion to Reset Evidentiary Hearing [DE 53] ("Motion"). The Court having carefully reviewed the Motion, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Defendants' Motion to Reset Evidentiary Hearing [DE 53] is **GRANTED**;

2. The hearing on Defendants' Motion for Sanctions [DE 29] and Defendants' Verified Motion to Assess Attorney Fees [DE 34] is **RESET** for **August 17, 2015, at 9:00 a.m.,** in Courtroom 203E of the United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida;

3. By **August 10, 2015,** Plaintiff and Defendants shall file Witness Lists identifying any witnesses that the parties expect to call at the motion hearing. At the option of the parties, direct testimony may be submitted in the form of written affidavits; however, all affiants will be subject to live cross examination at the hearing;

4. Also by **August 10, 2015,** Plaintiff and Defendants shall file Exhibit Lists identifying any exhibits that the parties plan to introduce at the motion hearing. All exhibits shall be pre-labeled in accordance with the proposed Exhibit Lists. Exhibit labels must include the case number; and

5. If an interpreter is needed for any witness to testify, then the party or parties requiring the interpreter shall advise the Court, which can provide a list of interpreters for hire.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of July, 2015.

_____
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF