UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-61162-CIV-COHN/SELTZER

ABEL CASTANON and other
similarly situated individuals,

    Plaintiff,

v.

123 WASH INC., d/b/a
Superior Wash, et al.,

    Defendants.
_____/

### ORDER DENYING DEFENDANTS' MOTIONS FOR SANCTIONS

**THIS CAUSE** is before the Court upon Defendants' Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 [DE 29] and Defendants' Verified Motion to Assess Attorney Fees Pursuant to 28 U.S.C. § 1927 [DE 34] (together, "Motions"). The Court has carefully reviewed the Motions and all related filings. Further, the Court has considered the testimony, exhibits, and arguments offered at a two-day motion hearing. At the end of that hearing, the Court announced its factual findings, legal conclusions, and rulings on the Motions. Accordingly, for the reasons discussed on the record, it is

**ORDERED AND ADJUDGED** that Defendants' Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 [DE 29] and Defendants' Verified Motion to Assess Attorney Fees Pursuant to 28 U.S.C. § 1927 [DE 34] are hereby **DENIED.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of August, 2015.

_____
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF